**FILED**

DEC 6 2013

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

John G. Maloney,

Debtors

AFFIDAVIT OF
NON-COMPLIANCE

Chapter 13
Case No. 11-13985-1-rel

HON. ROBERT E. LITTLEFIELD, JR.

William B. Schiller, being duly sworn, deposes and says:

1. I am a partner in the law firm of Schiller & Knapp, LLP, attorneys First Niagara Bank, N.A. (hereinafter "FNB") a secured creditor in the above captioned matter.

2. On or about April 24, 2012, a motion for relief from the automatic stay was filed on behalf of FNB. A conditional order was entered on June 25, 2012. Pursuant to the Conditional Order the Debtor was required to commence making the regular monthly mortgage payments together with additional cure payments. If the payments were not made when due the order allowed FNB, its servicing agent, nominees, successors and/or assigns to mail a ten day notice of default to the Debtor and Debtor's attorney. If the default was not cured the automatic stay would be terminated upon the submission and signing of an ex-parte order.

1

3. On November 12, 2013 a ten-day notice of default was served on the Debtor and Debtor's attorney. A copy of the notice is annexed hereto and made a part hereof as Exhibit "A".

4. More than ten days have passed and the default has not been cured.

**WHEREFORE**, FNB respectfully requests that an order be entered granting relief from the automatic stay.

_____
William B. Schiller

Sworn to before me on the
25th day of November 2013

_____
Notary Public

JENNIFER L. SPRETTY
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01SP6033433
QUALIFIED IN SARATOGA COUNTY
MY COMMISSION EXPIRES 11/15 2017

**FILED**

DEC 6 2013

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

Exhibit "A"

# SCHILLER & KNAPP, LLP

*Attorneys and Counselors at Law*

| | | |
|---|---|---|
| Paul B. Knapp | | Young-Lynn Lee□ |
| William B. Schiller | | Kristin D. Pierce† |
| Gary A. Lefkowitz | 950 New Loudon Road, Suite 109, Latham, NY 12110-2100 | Jaime B. Thomas, of Counsel |
| Ryan E. Hertzel | (518) 786-9069   Fax: (518) 786-1246* | Paul D. Rogan, of Counsel |
| Daniel N. Young⁺ | *Not For Service of Any Litigation Papers | Donald M. Matusik, of Counsel |
| Darleen V. Karaszewski | (ALL REPLIES TO LATHAM OFFICE) | ⁺ Also Member of VT Bar |
| Lynn T. Nolan ⁺⁺ ▽ | | ⁺⁺ Also Member of NJ Bar |
| Martin A. Mooney ˟ | | ▽ Responsible Attorney for NJ |
| Jaclyn C. Clemmer ⁺⁺ | | □ Member of NJ Bar Only |
| Anna Z. Spacone | | † Also Member of PA Bar |
| Oriana R. Montani | | ˟ Also Member of MA & PA Bar |
| Donyelle E. Crapsi | | |

November 12, 2013

Brian H. Bronsther, Esq.
The Bronsther Law Firm, P.C.
930 Route 146
Clifton Park, New York  12065

    Re:    John G. Maloney
            Case No. 11-13985-1-rel, Chapter 13

Dear Mr. Bronsther:

As you are aware, my office represents First Niagara Bank, N.A. in the above-referenced matter. Please be advised that your client is in default under the terms of the Conditional Order signed on June 25, 2012.

As of the date of this letter your client is in default under the terms of the conditional order for the following payments:

1. Regular Monthly Mortgage Payment for August 15, 2013     $415.13
2. Regular Monthly Mortgage Payment for September 15, 2013  $415.13
3. Regular Monthly Mortgage Payment for October 15, 2013    $415.13

The total amount necessary to cure the default is $1,245.39. Payment should be made by bank or certified funds and sent directly to First Niagara Bank, N.A.

---

Pursuant to the Conditional Order, your client now has ten (10) days from the date of this letter to cure the default. If your client fails to cure the default, an affidavit of non-compliance will be submitted to the Court.

> Very truly yours,
>
> /s/ *William B. Schiller*
>
> WILLIAM B. SCHILLER

WBS:lmg
cc:   John G. Maloney

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

                                      AFFIDAVIT OF SERVICE
                                             BY MAIL

**John G. Maloney,**

                                      Case No. 11-13985-1-rel
                                      Chapter 13

        Debtor.

STATE OF NEW YORK   )
COUNTY OF ALBANY   )ss:

       Lisa Gadomski, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides in Greenfield Center, New York.

       That on November 12, 2013 deponent served a true and exact copy of a Notice of Default upon:

Brian H. Bronsther, Esq.              John G. Maloney
Attorney for Debtor                   Debtor
The Bronsther Law Firm, P.C.      2 White Birch Road
930 Route 146                         Waterford, New York  12188
Clifton Park, New York  12065

these being the addresses designated by said attorneys for that purpose, by depositing a true copy of same enclosed in a post-paid, properly addressed envelope, in a post office official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                             /s/ Lisa Gadomski
                                                Lisa Gadomski

Sworn to before me this             Jennifer L Spretty
12th day of November 2013          Notary Public, State of New York
                                        County of Saratoga No. 01SP6033433
/s/ Jennifer L. Spretty                  Commission Expires 11/15/13
NOTARY PUBLIC